```
FILED
CLERK, U.S. DISTRICT COURT

Feb 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:      PMC      DEPUTY
```

1  Joseph M. Lovretovich (SBN 73403)
   David F. Tibor (SBN 230563)
2  Stephen Wiard (SBN 293707)
   JML LAW
3  21052 Oxnard Street
   Woodland Hills, CA 91367
4  (818) 610-8800- Office
   (818) 610-3030- Fax
5
   Attorneys for Plaintiff
6  MOISE LOPEZ

7
   C. Craig Woo (SBN 128783)
8  Karen S. Eneas (SBN 235040)
   JACKSON LEWIS P.C.
9  725 South Figueroa Street, Suite 2500
   Los Angeles, California  90017-5408
10 (213) 689-0404 - Office
   (213) 689-0430 - Fax
11 wooc@jacksonlewis.com
   Karen.Eneas@jacksonlewis.com
12
   Attorneys for Defendant
13 TPS PARKING MANAGEMENT, LLC

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISE LOPEZ, an individual, | Case No.: 2:14-cv-08949-SVW-JPR |
| Plaintiff, | **JOINT STIPULATION TO REMAND REMOVED ACTION** |
| vs. | **IT IS SO ORDERED.** |
| TPS PARKING MANAGEMENT, LLC, a Delaware limited liability company, d/b/a THE PARKING SPOT, and d/b/a PRG PARKING MANAGEMENT LLC; WESLEY HARON, an individual; and DOES 1-50; inclusive. | February 26, 2015<br>DATED: _____<br><br>_Stephen V. Wilson_ (signature)<br>**STEPHEN V. WILSON**<br>**UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

Plaintiff Moise Lopez ("Plaintiff") and Defendant TPS Parking Management, LLC ("Defendant") (collectively, the "Parties") stipulate as follows:

1. On July 15, 2014, Plaintiff filed an action in the Superior Court of the State

| CASE NO. 2:14-cv-08949-SVW-JPR | 1 | JOINT STIPULATION TO REMAND REMOVED ACTION |

of California in and for the County of Los Angeles, titled *Moise Lopez v. TPS Parking Management, LLC, et al.* Case No. BC551745 (the "Action").

2. In November 2014, Defendant removed the Action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a) and (b).

3. The Parties are exploring settlement and rather than expend resources to address the issue of subject matter jurisdiction raised in the Court's Order of February 12, 2015, and after meeting and conferring, the Parties have agreed to remand this Action to the Los Angeles County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Los Angeles County Superior Court.

4. The Parties further stipulate that each party will bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action under this stipulation and order.

DATED: February 23, 2015     JML LAW

By: _____
Joseph M. Lovretovich
David F. Tibor
Stephen Wiard

Attorneys for Plaintiff
MOISE LOPEZ

DATED: February 24, 2015     JACKSON LEWIS P.C.

By: _____
C. Craig Woo
Karen S. Eneas

Attorneys for Defendant
TPS PARKING MANAGEMENT, LLC